**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Craig E. Blake

Shelly J. Blake

Debtor(s)

Case No: 09–36319 – DDO

Chapter 13 Case

## ORDER CONFIRMING CHAPTER 13 PLAN AND ALLOWING COMPENSATION

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rules 3015–1 through 3020–3 and Local Form 3015–1, that copies thereof were mailed to creditors, that a meeting of creditors was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

It further appears that the attorney for the debtor(s) filed an application for compensation for preconfirmation services, and that the application conforms to Local Rule 2016–1(d) and Local Form 2016–1(d).

IT IS THEREFORE ORDERED, that the plan as filed or as modified is confirmed. It is further ordered the attorney for the debtor(s), Robert Everhart, is awarded $ 884.00 for compensation or reimbursement and the trustee is directed to pay such amount to the attorney for the debtor(s) as provided in the plan.

Dated: 7/8/10

<u>Dennis D O'Brien</u>
United States Bankruptcy Judge

> NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
> Filed and docket entry made on July 8, 2010
> Lori Vosejpka Clerk, United States Bankruptcy Court
> By: debbie Deputy Clerk

**mnbocnf13** 12/1/2007 – kb